UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE STEVENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-1136 CAS |
| ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, an inmate at the Eastern Reception Diagnostic and Correctional Center in Bonne Terre, Missouri, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim. See Stevenson v. McPheeters, No. 01-3174-CV-S-SOW-P (W.D. Mo.) (denying plaintiff leave to proceed in forma pauperis and dismissing case pursuant to 28 U.S.C. § 1915(g), citing Stevenson v. Miller, No. 97-0944-CV-W-6-P (W.D. Mo.)); Stevenson v. Bahl, No. 97-0782-CV-W-6-P (W.D. Mo.); and Stevenson v. Heflin, No. 94-0441-CV-W-6-P (W.D. Mo.)).

Under 28 U.S.C. § 1915(g), the Court may not grant plaintiff in forma pauperis status unless he "is under imminent danger of serious physical injury." A review of the instant complaint indicates that plaintiff is not under "imminent danger of serious physical injury." As a result, the Court will deny plaintiff's motion to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED.** [Doc. 2]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

An Order of Dismissal shall accompany this Memorandum and Order.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 11th day of September, 2008.